Grace THOMPSON, appellant, v. CONEY ISLAND & BROOKLYN RAILROAD COMPANY and The Brooklyn Heights Railroad Company, respondents. (Supreme Court, Appel-

late Division, Second Department. April 25, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.